UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>YVONNE SEGGERMAN<br><br>            Defendant. | 1:13-cr-00174-PAE |

**AFFIRMATION IN SUPPORT OF
MOTION TO TRAVEL**

I, Stephen G. Huggard, affirm under the pains and penalty of perjury that:

1. I am a partner at the law firm of Edwards Wildman Palmer LLP, counsel for Defendant Yvonne Seggerman in the above-captioned matter.

2. I submit this Affirmation in support of Ms. Seggerman's Motion to Travel.

3. On March 14, 2013, Ms. Seggerman voluntarily appeared for her arraignment and pleaded guilty to tax crimes. She is awaiting sentencing.

4. Ms. Seggerman was released on her own recognizance with travel limited to the continental United States.

5. Ms. Seggerman is current on all of her reporting requirements.

6. Ms. Seggerman requests this Court enter an Order permitting her to travel to London, United Kingdon from September 10-16, 2013 to see her son Harrison Beauregard compete as a member of the United States Team for Sprint Triathlon at the World Championships for that sport.

7. Assistant United States Attorney Stanley Okula, the prosecutor in this case, has stated that he does not object to this travel request.

Dated:  Boston, Massachusetts  Respectfully submitted
       July 26, 2013

   /s/ Stephen G. Huggard_____
Stephen G. Huggard
Edwards Wildman Palmer LLP
111 Huntington Avenue
Boston, MA  02119
Tel:  617-239-0769
Fax: 866-955-8807
shuggard@edwardswildman.com

*Attorney for Defendant Yvonne Seggerman*

AM 22687549.1