UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/29/13
```

---

UNITED STATES OF AMERICA

v.

YVONNE SEGGERMAN

           Defendant.

1:13-cr-00174-PAE

**MEMO ENDORSED**

---

## NOTICE OF UNOPPOSED MOTION TO TRAVEL

PLEASE TAKE NOTICE that upon the annexed affirmation of Stephen G. Huggard affirmed on

July 26, 2013, Defendant Yvonne Seggerman, by and through her attorney, will move this Court,

before the Honorable Paul A. Engelmayer, United States District Judge, for an Order permitting

her to travel to London, United Kingdom from September 10-16, 2013.

Dated:  Boston, Massachusetts
       July 26, 2013

Respectfully submitted

  /s/ Stephen G. Huggard
Stephen G. Huggard
Edwards Wildman Palmer LLP
111 Huntington Avenue
Boston, MA  02119
Tel:  617-239-0769
Fax: 866-955-8807
shuggard@edwardswildman.com

*Attorney for Defendant Yvonne Seggerman*

Granted.    7/29/13

**SO ORDERED:**

    Paul A. Engelmayer

HON. PAUL A. ENGELMAYER
**UNITED STATES DISTRICT JUDGE**